# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| Nicole L VanHook, *Debtor* ) | Case No. 23-42571-659 |
| ) | |
| ) | Chapter: 13 |
| ) | |
| ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW the undersigned attorney of SouthLaw, P.C., and hereby enter their appearance on behalf of Lakeview Loan Servicing, LLC, by M&T Bank, a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon said creditor should be served on the undersigned attorney, SouthLaw, P.C., 13160 Foster Suite 100, Overland Park, KS 66213-2660.

SOUTHLAW, P.C.

*s/ Wendee Elliott-Clement*

Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 223296
Case No: 23-42571-659

## CERTIFICATE OF MAILING/SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 26, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as list on the Court's Electronic Mail Notice List.

- **Diana S. Daugherty**    standing_trustee@ch13stl.com, trust33@ch13stl.com
- **Office of US Trustee**    USTPRegion13.SL.ECF@USDOJ.gov
- **William H. Ridings**    ridingslaw2003@yahoo.com

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on July 26, 2023.

Nicole L VanHook
1500 Bredell Avenue
Saint Louis, MO 63117
**RESPONDENTS**


SOUTHLAW, P.C.

    *s/ Wendee Elliott-Clement*
_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 223296
Case No: 23-42571-659