```
Ainsworth Ferguson et al
c/o Jeremy d Hollingshead
7777Bonhomme Ave, Ste 2401
Saint Louis, MO 63105

Bank of America
PO Box 31785
Tampa, FL 33631

Barbara Caciolo MD
3185 Hampton
Saint Louis, MO 63139

Barnes Jewish
One Barnes Jewish Hospital Plaza
Saint Louis, MO 63110

Better Days Entertainment


Better Days Entertainment


Better Days Entertainment LLC


Better Days Entertainment, LLC


Better Days Entertainment, LLC


Better Days Entetainment LLC


Capital One
PO Box 30285
Salt Lake City, UT 84130

Caylee Fowler et al
c/o Brent Asumner
7777 Bonhomme Ave, Ste 2100
Saint Louis, MO 63105

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Cigna Health
PO Box 30028
Tampa, FL 33630

Comenity Bank/Buckle
PO Box 182789
Columbus, OH 43218
```

```
Credit One Bank
PO Box 98972
Las Vegas, NV 89193

Cynthia Fantroy
15410 Jost Estates
Florissant, MO 63034

Direct TV
PO Box 5007
Carol Stream, IL 60197

Division of Employment Security
421 East Dunklin St
PO Box 3100
Jefferson City, MO 65102

Division of Employment Security
421 East Dunklin St
PO Box 3100
Jefferson City, MO 65102

Ebony Beatle


Ebony Beattle-Benson


First Book Investiments
c/o Randall Gusdorf
9666 Olive Blvd, Ste 211
Saint Louis, MO 63132

First Data Global Leasing
PO Box 173845
Denver, CO 80217

Florissant Hills Business Center LLC
1103 E Broadway
Columbia, MO 65201

Gelco Casualty Company
4295 Ocmulgee East Boulevard
Macon, GA 31201

HUD
451 7th Street SW
Washington, DC 20410

Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614
```

```
IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Juanita Bell
c/o Herman L Jimerson
225 South Meramec, Ste 508
Saint Louis, MO 63105

M & T Bank
One M & T Plaza
Buffalo, NY 14203-2399

Macy's
685 Market St
San Francisco, CA 94105

Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105

Missouri Dept of Revenue
301 W High St
Jefferson City, MO 65105

MSD
2350 Market St
Saint Louis, MO 63103

Navient
300 Continental Dr
Newark, DE 19713

NC Financial
175 W Jackson Blvd, Ste 1000
Chicago, IL 60604

One Advantage
7650 Magna Dr
Belleville, IL 62223

Portfolio Recovery
140 Corporate Blvd
Norfolk, VA 23502

Progressive
c/o Receivable Mgmt Svcs LLC
240 Emery St
Bethlehem, PA 18015

Quest Diagnostic
PO Box 33720
Detroit, MI 48232
```

```
Rapid Financial
4500 E West Hwy, 6th Floor
Bethesda, MD 20814

Santander Consumer USA
Attn: Bankruptcy
PO Box 961245
Fort Worth, TX 76161

Slu Care
PO Box 18353M
Saint Louis, MO 63195

Sprint
PO Box 4191
Carol Stream, IL 60197

SSM Health
1145 Corporate Lake Dr
Saint Louis, MO 63132

St Louis County Collector of Revenue
41 South Central Ave
Saint Louis, MO 63105

Total Access Urgent Care
13861 Manchester Rd
Ballwin, MO 63011

United States Attorney
111 South 10th St
20th Floor
Saint Louis, MO 63102

WebBank/Fingerhut
6250 Ridgewood Dr
Saint Cloud, MN 56303
```