**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-42571-659 |
| | ) | Chapter 13 |
| | ) | |
| **Nicole L Van Hook** | ) | |
| | ) | Motion to Expedite Hearing |
| Movant, | ) | |

### Notice of Debtors Motion for Expedited Hearing

**PLEASE TAKE NOTICE**, that the Motion of Nicole L Van Hook and her attorney, are seeking to Expedite Hearing of Motion To Extend the Automatic Stay in her bankruptcy case # 23-**42571** and will be called for hearing before the Honorable Kathy Surratt-States,, Thomas F.Eagleton Building (U.S. Courthouse), 111 South Tenth Street, Courtroom 7 North, St. Louis, MO on August 10, 2023 at 11:00 a.m.

**WARNING: Any response or objection must be filed in writing with the clerk of the Bankruptcy Court, 111 S Eleventh Street, 4th Floor, St. Louis, Mo 63102 and with the debtor's Attorney at the address below by August 10, 2023. Failure to file a timely response may result in the Court granting the relief request prior to the hearing date.**

### Debtors Motion For Expedited Hearing

Comes now, the above Debtor and for her motion for Expedited Hearing, alleges as follows:

Debtor filed the current case 23-42571 on July 24, 2023 and the automatic stay will expire 30 days after the case was filed it is not extended. This date is the only date available.

Wherefore, based on the foregoing, the debtor requests that the court enter an expedited order allowing consideration of the issues concerning the Debtors Motion to Extend the Automatic Stay, and that the court enter its order to Extend the Stay, and for such other and further relief as is just and proper.

Date: August 02, 2023

Respectfully submitted,
/s/ William H. Ridings, Jr.
William H. Ridings, Jr., #38672
2510 South Brentwood, Ste. 205
Brentwood, MO 63144
(314)968-1313
(314)968-1302
ridingslaw2010@yahoo.com

CERTIFICATE OF SERVICE

Copy served on the following either through the courts ECF system or by ordinary mail on August 02, 2023
/s/ William H. Ridings, Jr.

Diana S Daugherty,        Standing Chapter 13 Trustee P. O. Box 430908 St. Louis, MO  63143
Office of the U. S. Trustee Thomas F. Eagleton U.S. Courthouse111 S. 10th, Ste.6353 St. Louis, MO  63102
Nicole L Van Hook, 1500 Bredell Ave, St Louis, MO  63117
See attached Matrix


Date: August 02, 2023                    /s/ William H. Ridings, Jr.
                                         William H. Ridings, Jr., #38672
                                         2510 South Brentwood, Ste. 205
                                         Brentwood, MO  63144
                                         (314)968-1313
                                         (314)968-1302
                                         ridingslaw2010@yahoo.com