UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re:                                                 Case No.: 23−42571 − A659

Nicole L VanHook                   Chapter: 13

**Debtor(s)**

## ORDER

    The Debtor's Motion to Extend the Automatic Stay Provision of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(c)(3)(B) was filed and after notice and hearing and no party in interest, creditor or the Chapter 13 Trustee filed a response to the Debtor's Motion or any response was considered at the hearing and the Debtor demonstrated a substantial change in financial or personal affairs since dismissal of the previous bankruptcy case; therefore,

    IT IS HEREBY ORDERED that the Debtor's Motion to Extend the Automatic Stay is GRANTED in that the provisions of 11 U.S.C. § 362(a) are hereby extended and shall remain in effect as to all creditors until further order of this Court. Motion to Expedite Hearing is GRANTED.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 8/10/23
**St. Louis, Missouri**
**Rev. 10/19 oextsygr**

United States Bankruptcy Court
Eastern District of Missouri

In re: Case No. 23-42571-kss
Nicole L VanHook Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 3
Date Rcvd: Aug 10, 2023      Form ID: oextsygr      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole L VanHook, 1500 Bredell Ave, Saint Louis, MO 63117-2111 |
| 25401481 | + | Ainsworth Ferguson et al, c/o Jeremy d Hollingshead, 7777Bonhomme Ave, Ste 2401, Saint Louis, MO 63105-1931 |
| 25401483 | + | Barbara Caciolo MD, 3185 Hampton, Saint Louis, MO 63139-2338 |
| 25401490 | + | Caylee Fowler et al, c/o Brent Asumner, 7777 Bonhomme Ave, Ste 2100, Saint Louis, MO 63105-1931 |
| 25401492 | + | Cigna Health, PO Box 30028, Tampa, FL 33630-3028 |
| 25401494 | + | Credit One Bank, PO Box 98972, Las Vegas, NV 89193-8972 |
| 25401495 | + | Cynthia Fantroy, 15410 Jost Estates, Florissant, MO 63034-2272 |
| 25401501 | + | First Book Investments, c/o Randall Gusdorf, 9666 Olive Blvd, Ste 211, Saint Louis, MO 63132-3012 |
| 25401502 | + | First Data Global Leasing, PO Box 173845, Denver, CO 80217-3845 |
| 25401503 | + | Florissant Hills Business Center LLC, 1103 E Broadway, Columbia, MO 65201-4955 |
| 25401504 | | Gelco Casualty Company, 4295 Ocmulgee East Boulevard, Macon, GA 31201 |
| 25401508 | + | Juanita Bell, c/o Herman L Jimerson, 225 South Meramec, Ste 508, Saint Louis, MO 63105-3511 |
| 25401510 | + | Macy's, 685 Market St, San Francisco, CA 94105-4200 |
| 25401514 | + | Navient, 300 Continental Dr, Newark, DE 19713-4322 |
| 25402018 | #+ | Prime 55 Restaurant, Attn. Payroll Department, 1223 Waldron Ave, University City, MO 63130-1846 |
| 25401519 | + | Quest Diagnostic, PO Box 33720, Detroit, MI 48232-3720 |
| 25401520 | + | Rapid Financial, 4500 E West Hwy, 6th Floor, Bethesda, MD 20814-3327 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25401484 | | Email/Text: rcmbr@bjc.org | Aug 10 2023 22:13:00 | Barnes Jewish, One Barnes Jewish Hospital Plaza, Saint Louis, MO 63110 |
| 25401482 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 10 2023 22:13:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 25401491 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 10 2023 22:13:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 25401489 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2023 22:24:02 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 25405472 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2023 22:36:12 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 25401493 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2023 22:13:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 25401496 | + | Email/Text: G06041@att.com | Aug 10 2023 22:13:00 | Direct TV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 25401505 | + | Email/PDF: OGCRegionVIIBankruptcy@hud.gov | Aug 10 2023 22:36:14 | HUD, 451 7th Street SW, Washington, DC |

Case 23-42571   Doc 15   Filed 08/12/23   Entered 08/12/23 23:21:18   Imaged
Certificate of Notice   Pg 3 of 4

| District/off: 0865-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 10, 2023 | Form ID: oextsygr | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | 20410-0002 |
| 25401506 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Aug 10 2023 22:13:00 | Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 25401507 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 10 2023 22:13:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25406149 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 22:23:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25401509 | | Email/Text: camanagement@mtb.com | Aug 10 2023 22:13:00 | M & T Bank, One M & T Plaza, Buffalo, NY 14203-2399 |
| 25401513 | | Email/Text: bkresearch@stlmsd.com | Aug 10 2023 22:13:00 | MSD, 2350 Market St, Saint Louis, MO 63103 |
| 25401497 | | Email/Text: bankruptcy@labor.mo.gov | Aug 10 2023 22:13:00 | Division of Employment Security, 421 East Dunklin St, PO Box 3100, Jefferson City, MO 65102 |
| 25401587 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 10 2023 22:13:00 | Missouri Department of Revenue, PO Box 475, 301 W High St, Jefferson City MO 65101-1517 |
| 25401512 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 10 2023 22:13:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25401511 | + | Email/Text: ecfnotices@dor.mo.gov | Aug 10 2023 22:13:00 | Missouri Dept of Revenue, Taxation Division, PO Box 385, Jefferson City, MO 65105-0385 |
| 25401515 | + | Email/Text: netcreditbnc@enova.com | Aug 10 2023 22:14:20 | NC Financial, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 25401516 | | Email/Text: OACSTEAM@na.firstsource.com | Aug 10 2023 22:13:00 | One Advantage, 7650 Magna Dr, Belleville, IL 62223 |
| 25401517 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2023 22:47:21 | Portfolio Recovery, 140 Corporate Blvd, Norfolk, VA 23502 |
| 25401518 | ^ | MEBN | Aug 10 2023 22:09:18 | Progressive, c/o Receivable Mgmt Svcs LLC, 240 Emery St, Bethlehem, PA 18015-1980 |
| 25405651 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2023 22:13:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 25401523 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Aug 10 2023 22:47:33 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 25401522 | | Email/Text: heather.morgan@ssmhealth.com | Aug 10 2023 22:13:00 | Slu Care, PO Box 18353M, Saint Louis, MO 63195 |
| 25401524 | + | Email/Text: bankruptcynotifications@ssmhealth.com | Aug 10 2023 22:14:00 | SSM Health, 1145 Corporate Lake Dr, Saint Louis, MO 63132-2907 |
| 25401525 | | Email/Text: BankruptcyFiling@stlouisco.com | Aug 10 2023 22:13:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25401521 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 10 2023 22:13:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 25401526 | + | Email/Text: sweeks@tauc.com | Aug 10 2023 22:14:00 | Total Access Urgent Care, 13861 Manchester Rd, Ballwin, MO 63011-4503 |
| 25401527 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Aug 10 2023 22:13:00 | United States Attorney, 111 South 10th St, 20th Floor, Saint Louis, MO 63102 |
| 25402137 | | Email/PDF: OGCRegionVIIBankruptcy@hud.gov | Aug 10 2023 22:36:14 | U.S. Department of Housing and Urban Development, 400 State Avenue, Gateway Tower, Suite 5, Kansas City, KS 66101 |
| 25401528 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 10 2023 22:13:00 | WebBank/Fingerhut, 6250 Ridgewood Dr, Saint Cloud, MN 56303-0820 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25401485 | | Better Days Entertainment LLC |
| 25401486 | | Better Days Entertainment, LLC |
| 25401487 | | Better Days Entertainment, LLC |
| 25401488 | | Better Days Entetainment LLC |
| 25401499 | | Ebony Beatle |
| 25401500 | | Ebony Beattle-Benson |
| 25401498 | *P++ | MISSOURI DIVISION OF EMPLOYMENT SECURITY, ATTN COLLECTIONS, P O BOX 59, JEFFERSON CITY MO 65104-0059, address filed with court:, Division of Employment Security, 421 East Dunklin St, PO Box 3100, Jefferson City, MO 65102 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor Lakeview Loan Servicing  LLC, by M&T Bank moedbknotices@southlaw.com, ksbkecf@ecf.courtdrive.com |
| William H. Ridings, Jr. | on behalf of Debtor Nicole L VanHook ridingslaw2003@yahoo.com |

TOTAL: 4