**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:  Case No.: 23–42571 – A659
Nicole L VanHook  Chapter: 13

**Debtor(s)**

### PRE–CONFIRMATION ORDER AND NOTICE OF DISMISSAL

### TO: ALL CREDITORS AND PARTIES IN INTEREST

PLEASE TAKE NOTE: THIS CASE IS BEFORE THE COURT FOR DISMISSAL FOR THE REASON(S) IDENTIFIED BY ☑ BELOW.

**The Debtor(s):**

☐ moved to dismiss this case in accordance with 11 U.S.C. § 1307(b).

☐ failed to file ☐ a Chapter 13 Plan; ☐ one or more Schedules and/or Statement of Affairs; ☐ a Matrix and/or Verification of Matrix in the proper form and within the time permitted; ☐ a Statement of Current Monthly Income/Disposable Income Calculation Form (B122); ☐ a Credit Counseling Certificate indicating compliance with 11 U.S.C. § 109(h)(1), a Certification of Exigent Circumstances, or a Motion for Exemption from Credit Counseling under § 109(h)(4); or ☐ Debtor(s) failed to provide Social Security Number or B121 Form(s) within the time permitted; ☐ Debtor's attorney failed to file a Rule 2016(b) Disclosure of Compensation; and/or ☐ . The Court advised the Debtor(s) and Debtor's attorney that failure to file these documents properly within the time specified would result in dismissal of the case.

☐ failed to appear at the meeting of creditors and failed to obtain the Chapter 13 Trustee's consent to a further continued date. The Chapter 13 Trustee has certified that the Debtor(s) was notified that failure to appear at the continued hearing would result in dismissal of the case.

☐ failed to provide ☐ tax documents to the Trustee in accordance with §521(e)(2)(B) and orders of this Court; and/or ☐ payment advices to the Trustee in accordance with the § 521(a)(1)(B)(iv) and orders of this Court.

☐ failed to pay the appropriate filing fee; failed to file a proper Application to Pay Filing Fees in Installments at the time the petition was filed or within such additional time allowed, LR 1002 A.; or failed to pay the filing fee on the terms set forth in the Order Approving Installment Fee Application previously entered in this case.

**The Chapter 13 Trustee:**

☑ moved in writing or at a hearing, orally requested dismissal of this case in accordance with ☐ 11 U.S.C. § 1307(c)(1) for unreasonable delay; ☐ § 1307(c)(2) for nonpayment of fees under chapter 123 of title 28; ☑ § 1307(c)(4) for failure to commence making plan payments; ☐ § 1307(c)(5) for denial of confirmation of a plan and denial of request for additional time for filing another plan or modification; ☐ § 1307(c)(11) for failure to pay domestic support obligations; ☐ § 1307(e) for failure to file taxes required under § 1308; ☐ for abuse of the bankruptcy process; ☐ for Debtor(s)' failure to turn over the tax return(s); and/or ☐ for Debtor(s)' failure to comply with a Court order, and after notice and hearing;

**A Party in Interest**

☐ other than the Chapter 13 Trustee, moved to dismiss this case ☐ for cause in accordance with 11 U.S.C. § 1307(c); ☐ for failure to comply with a Court order; ☐ for failure to provide tax documents in accordance with § 521(e)(2)(C) and orders of this Court, ☐ for failure to pay any domestic support obligations that first became payable after the date of the filing of the petition in accordance with § 1307(c)(11); and/or ☐ for other abuse of the bankruptcy process, as more fully stated in the written motion, and after notice and hearing;

**The Missouri Department of Revenue**

☐ moved to dismiss this case in accordance with 11 U.S.C. § 1307(c)(1) for unreasonable delay in filing tax return(s), and the Debtor(s) have failed to respond to the motion, or after notice and hearing;

**The Court**

☐ on its own motion or show cause, moved to dismiss this case under 11 U.S.C. § 105(a) for failure to comply with a Court order and/or for abuse of the bankruptcy process.

**Other Reason(s) for Dismissal:**

☐

**ACCORDINGLY,**

   **IT IS ORDERED** for the reasons set forth in the motion or on the record at hearing, if any, the Motion to Dismiss identified in this Order and Notice is **GRANTED,** and this Chapter 13 case is **DISMISSED** prior to entry of an order of discharge.

   **IT IS FURTHER ORDERED** Debtor(s)' employer(s) is/are directed to cease withholding from Debtor(s)' wages in respect to this Chapter 13 case, and this Court's Order to Deduct from Wages or Other Income is hereby terminated.

   **IT IS FURTHER ORDERED** ANY PARTY OTHER THAN THE CHAPTER 13 TRUSTEE, WHO SEEKS PAYMENT FOR ANY CLAIM UNDER 11 U.S.C. § 503(b), SHALL HAVE 14 DAYS FROM THE DATE OF THIS ORDER WITHIN WHICH TO FILE AN APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM. Any party seeking payment shall serve such application on the Debtor(s) and Chapter 13 Trustee. Compensation to the Chapter 13 Trustee and payment of fees due this Court shall be awarded as specified herein without application.

   **IT IS FURTHER ORDERED** Any application for payment of attorneys' fees by counsel who have elected the flat fee option must include: (1) a general description of the services performed and the amount of fees and costs requested (detailed time entries are not required); (2) the case number, chapter, and date of filing for all prior cases filed by the Debtor(s); and (3) a statement explaining the reason for dismissal of any case filed within three years of the date of this case.

   **IT IS FURTHER ORDERED** that the Chapter 13 Trustee, shall pay the unpaid portion, if any, of the filing fee due the Court for this case, and then shall pay, pro rata, other claims allowed under 11 U.S.C. § 503(b). After paying such claims, the Trustee is directed to return any remaining funds to the Debtor(s) or as otherwise may be ordered. Any pre–confirmation disbursements made by the Chapter 13 Trustee prior to the entry of this Order are allowed and approved by the Court.

☐ **IT IS FURTHER ORDERED** that this case is dismissed under U.S.C. § 109(g)(1) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days following the date of entry of this order pursuant to In re Montgomery, 37 F.3d 413 (8th Cir. 1994).

☐ **IT IS FURTHER ORDERED** that this case is dismissed under U.S.C. § 109(g)(2) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days following the date of entry of this order.

☐ **IT IS FURTHER ORDERED** that this case is dismissed with prejudice under 11 U.S.C. §105(a) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days following the date of entry of this order.

☐ **IT IS FURTHER ORDERED** that since the Debtor(s) owe(s) $ for the filing fee in this case, the Debtor(s) **MUST PAY THIS AMOUNT TO THE COURT WITHIN FIVE BUSINESS DAYS FOLLOWING THE ENTRY OF THIS ORDER.** If the Debtor(s) fail(s) to pay the amount owed to the Court within five business days, the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days following the date of dismissal. If the Debtor(s) file(s) a subsequent bankruptcy case while prior filing fees remain outstanding, the Court will ordinarily deny any Application to Pay Filing Fees in Installments in the subsequent case.

**IT IS FURTHER ORDERED** that the automatic stays of 11 U.S.C. § 362 are hereby terminated, AND ANY MATTERS NOT PREVIOUSLY DISPOSED OF ARE DENIED AS MOOT ON THE FILING OF THE CHAPTER 13 TRUSTEE'S FINAL REPORT. The Chapter 13 Trustee is directed to promptly file their final report and upon so doing is discharged as Trustee and is relieved of and discharged from their bond.

*Kathy A Surratt-States*

U.S. Bankruptcy Judge

**Dated:** 9/7/23
**St. Louis, Missouri**
**Rev.** 07/23 preconfo

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-42571-kss
Nicole L VanHook  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4     User: admin     Page 1 of 3
Date Rcvd: Sep 07, 2023     Form ID: preconfo     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole L VanHook, 1500 Bredell Ave, Saint Louis, MO 63117-2111 |
| 25401481 | + | Ainsworth Ferguson et al, c/o Jeremy d Hollingshead, 7777Bonhomme Ave, Ste 2401, Saint Louis, MO 63105-1931 |
| 25401483 | + | Barbara Caciolo MD, 3185 Hampton, Saint Louis, MO 63139-2338 |
| 25401490 | + | Caylee Fowler et al, c/o Brent Asumner, 7777 Bonhomme Ave, Ste 2100, Saint Louis, MO 63105-1931 |
| 25401492 | + | Cigna Health, PO Box 30028, Tampa, FL 33630-3028 |
| 25401494 | + | Credit One Bank, PO Box 98972, Las Vegas, NV 89193-8972 |
| 25401495 | + | Cynthia Fantroy, 15410 Jost Estates, Florissant, MO 63034-2272 |
| 25401501 | + | First Book Investments, c/o Randall Gusdorf, 9666 Olive Blvd, Ste 211, Saint Louis, MO 63132-3012 |
| 25401502 | + | First Data Global Leasing, PO Box 173845, Denver, CO 80217-3845 |
| 25401503 | + | Florissant Hills Business Center LLC, 1103 E Broadway, Columbia, MO 65201-4955 |
| 25401504 | | Gelco Casualty Company, 4295 Ocmulgee East Boulevard, Macon, GA 31201 |
| 25401508 | + | Juanita Bell, c/o Herman L Jimerson, 225 South Meramec, Ste 508, Saint Louis, MO 63105-3511 |
| 25401510 | + | Macy's, 685 Market St, San Francisco, CA 94105-4200 |
| 25401514 | + | Navient, 300 Continental Dr, Newark, DE 19713-4322 |
| 25402018 | #+ | Prime 55 Restaurant, Attn. Payroll Department, 1223 Waldron Ave, University City, MO 63130-1846 |
| 25401519 | + | Quest Diagnostic, PO Box 33720, Detroit, MI 48232-3720 |
| 25401520 | + | Rapid Financial, 4500 E West Hwy, 6th Floor, Bethesda, MD 20814-3327 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25401484 | | Email/Text: rcmbr@bjc.org | Sep 07 2023 22:29:00 | Barnes Jewish, One Barnes Jewish Hospital Plaza, Saint Louis, MO 63110 |
| 25401482 | + | EDI: BANKAMER.COM | Sep 08 2023 02:27:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 25401491 | + | Email/Text: bankruptcynotices@cbecompanies.com | Sep 07 2023 22:29:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 25401489 | + | EDI: CAPITALONE.COM | Sep 08 2023 02:27:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 25405472 | | EDI: CAPITALONE.COM | Sep 08 2023 02:27:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 25401493 | + | EDI: WFNNB.COM | Sep 08 2023 02:27:00 | Comenity Bank/Buckle, PO Box 182789, Columbus, OH 43218-2789 |
| 25401496 | + | EDI: DIRECTV.COM | Sep 08 2023 02:27:00 | Direct TV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 25401505 | + | Email/PDF: OGCRegionVIIBankruptcy@hud.gov | Sep 07 2023 22:30:35 | HUD, 451 7th Street SW, Washington, DC |

Case 23-42571   Doc 19   Filed 09/09/23   Entered 09/09/23 23:22:49   Imaged
Certificate of Notice   Pg 5 of 6

| District/off: 0865-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: preconfo | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | 20410-0002 |
| 25401506 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Sep 07 2023 22:29:00 | Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 25401507 | + | EDI: IRS.COM | Sep 08 2023 02:27:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25406149 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 22:30:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25401509 | | Email/Text: camanagement@mtb.com | Sep 07 2023 22:29:00 | M & T Bank, One M & T Plaza, Buffalo, NY 14203-2399 |
| 25416013 | | Email/Text: camanagement@mtb.com | Sep 07 2023 22:29:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 25401513 | | Email/Text: bkresearch@stlmsd.com | Sep 07 2023 22:29:00 | MSD, 2350 Market St, Saint Louis, MO 63103 |
| 25401497 | | Email/Text: bankruptcy@labor.mo.gov | Sep 07 2023 22:29:00 | Division of Employment Security, 421 East Dunklin St, PO Box 3100, Jefferson City, MO 65102 |
| 25401587 | + | Email/Text: ecfnotices@dor.mo.gov | Sep 07 2023 22:29:00 | Missouri Department of Revenue, PO Box 475, 301 W High St, Jefferson City MO 65101-1517 |
| 25401512 | + | Email/Text: ecfnotices@dor.mo.gov | Sep 07 2023 22:29:00 | Missouri Dept of Revenue, 301 W High St, Jefferson City, MO 65101-1517 |
| 25401511 | + | Email/Text: ecfnotices@dor.mo.gov | Sep 07 2023 22:29:00 | Missouri Dept of Revenue, Taxation Division, PO Box 385, Jefferson City, MO 65105-0385 |
| 25401515 | + | Email/Text: netcreditbnc@enova.com | Sep 07 2023 22:29:36 | NC Financial, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 25401516 | | Email/Text: OACSTEAM@na.firstsource.com | Sep 07 2023 22:29:00 | One Advantage, 7650 Magna Dr, Belleville, IL 62223 |
| 25401517 | | EDI: PRA.COM | Sep 08 2023 02:27:00 | Portfolio Recovery, 140 Corporate Blvd, Norfolk, VA 23502 |
| 25401518 | ^ | MEBN | Sep 07 2023 22:25:38 | Progressive, c/o Receivable Mgmt Svcs LLC, 240 Emery St, Bethlehem, PA 18015-1980 |
| 25405651 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 07 2023 22:29:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 25401523 | | EDI: AISSPRINT | Sep 08 2023 02:27:00 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 25401522 | | Email/Text: heather.morgan@ssmhealth.com | Sep 07 2023 22:29:00 | Slu Care, PO Box 18353M, Saint Louis, MO 63195 |
| 25401524 | + | Email/Text: bankruptcynotifications@ssmhealth.com | Sep 07 2023 22:29:00 | SSM Health, 1145 Corporate Lake Dr, Saint Louis, MO 63132-2907 |
| 25401525 | | Email/Text: BankruptcyFiling@stlouisco.com | Sep 07 2023 22:29:00 | St Louis County Collector of Revenue, 41 South Central Ave, Saint Louis, MO 63105 |
| 25401521 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 07 2023 22:29:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 25401526 | + | Email/Text: sweeks@tauc.com | Sep 07 2023 22:29:00 | Total Access Urgent Care, 13861 Manchester Rd, Ballwin, MO 63011-4503 |
| 25401527 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Sep 07 2023 22:29:00 | United States Attorney, 111 South 10th St, 20th Floor, Saint Louis, MO 63102 |
| 25402137 | | Email/PDF: OGCRegionVIIBankruptcy@hud.gov | Sep 07 2023 22:30:35 | U.S. Department of Housing and Urban Development, 400 State Avenue, Gateway Tower, Suite 5, Kansas City, KS 66101 |
| 25401528 | + | EDI: BLUESTEM | Sep 08 2023 02:27:00 | WebBank/Fingerhut, 6250 Ridgewood Dr, Saint Cloud, MN 56303-0820 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25401485 | | Better Days Entertainment LLC |
| 25401486 | | Better Days Entertainment, LLC |
| 25401487 | | Better Days Entertainment, LLC |
| 25401488 | | Better Days Entetainment LLC |
| 25401499 | | Ebony Beatle |
| 25401500 | | Ebony Beattle-Benson |
| 25401498 | *P++ | MISSOURI DIVISION OF EMPLOYMENT SECURITY, ATTN COLLECTIONS, P O BOX 59, JEFFERSON CITY MO 65104-0059, address filed with court:, Division of Employment Security, 421 East Dunklin St, PO Box 3100, Jefferson City, MO 65102 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2023     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Wendee Noel Elliott-Clement | on behalf of Creditor Lakeview Loan Servicing LLC, by M&T Bank moedbknotices@southlaw.com, ksbkecf@ecf.courtdrive.com |
| William H. Ridings, Jr. | on behalf of Debtor Nicole L VanHook ridingslaw2003@yahoo.com |

TOTAL: 4